IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

**FILED**

OCT 08 2025

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, § <br> § <br> Plaintiff, § <br> § <br> v. § <br> § <br> MIGUEL ANGEL SANCHEZ- § <br> RODRIGUEZ, § <br> § <br> Defendant. § | NO. 3:25-M-4285-LE |

## VERDICT FORM

We the jury unanimously find:

### COUNT ONE
ILLEGAL ENTRY
8 U.S.C. § 1325(a)(1)

As to the charge of Illegal Entry, we the Jury unanimously find MIGUEL ANGEL SANCHEZ-RODRIGUEZ:

____X____ Guilty          _____ Not Guilty

Dated this __6__ day of October 2025, at El Paso, ~~Texas~~.

_____
Foreperson

21