(W.D.T.X. Ref: 245H)(Rev. 01/05) - Judgement in a Criminal Case for a Petty Offense (Short Form)

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
### EL PASO DIVISION

**FILED**

**Oct. 8, 2025**

**Clerk, U.S. District Court**
**Western District of Texas**

By: _____*AQ*_____

**Deputy**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | CASE NUMBER:  **EP:25-M -04285(1) LE** |
| vs. | § | USM Number: |
| | § | |
| **(1) MIGUEL ANGEL SANCHEZ-RODRIGUEZ** | § | |
| Defendant. | | |

## JUDGMENT IN A CRIMINAL CASE

The defendant,  **MIGUEL ANGEL SANCHEZ-RODRIGUEZ**, was represented by counsel,  Rafael Salas and Shane M. McMahon.

The defendant was found guilty to Count 1 the Information on October 8, 2025. Accordingly, the defendant is adjudged guilty of the following offense:

| Title & Section | Nature of Offense | Date of Offense |
|---|---|---|
| 8 USC 1325(a)(1) | Improper Entry by an Alien | 08/03/2025 |

As pronounced on October 8, 2025, the defendant is hereby committed to the custody of the United States Bureau of Prisons for a term of  **SIX (6) MONTHS.**   The defendant shall remain in custody pending service of sentence.

The special assessment imposed pursuant to 18 U.S.C. § 3013 is hereby remitted pursuant to 18 U.S.C. § 3573 because of reasonable efforts to collect this assessment are not likely to be effective.

Signed on this day, October 08, 2025.

_____
LAURA ENRIQUEZ
UNITED STATES MAGISTRATE JUDGE